IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GREGORY ALLEN SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-160 (MTT) |
| LIEUTENANT JOHN PHELPS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 22). Judge Hyles recommends granting the Defendant's motion to dismiss for the Plaintiff's failure to exhaust his administrative remedies. (Doc. 18). The Plaintiff has not objected to the Recommendation.[1]

The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the order of the Court. The Defendant's motion to dismiss is **GRANTED**. Plaintiff's complaint is dismissed without prejudice.

**SO ORDERED**, this 15th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Report and Recommendation mailed to the Plaintiff was returned to the Court as undeliverable. (Doc. 23). Presumably, this is because the Plaintiff has been released from custody. (Doc. 18-2, ¶ 6). However, it is the Plaintiff's duty to keep this Court informed as to his current address. As the Magistrate Judge made clear in his Order dated July 9, 2012, the Plaintiff "shall at all times keep the clerk of this court…advised of [his] current address. Failure to promptly advise the Clerk of any change of address may result in the dismissal of [the Plaintiff's] pleadings filed herein." (Doc. 10 at 5).